# CLARK HILL

Edward J. Hood
T (313) 965-8591
F (313) 309-6891
Email:EHood@ClarkHill.com

Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI 48226
T (313) 965-8300
F (313) 309-6891

clarkhill.com

November 2, 2020

By ECF

Hon. John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1930
New York, NY  10007-1312

**Re:   Golomb Mercantile Company LLC v. Marks Paneth LLP, et al.; Case No. 1:18-cv-03845**

Dear Judge Keenan:

We are counsel for Plaintiff Golomb Mercantile Company LLC ("Golomb") in the above matter.

On December 12, 2019, the Court entered its opinion and order that, *inter alia*, stayed the action pending non-binding arbitration between Plaintiff Golomb and Defendant Marks Paneth LLP [Document 82].

Golomb and Marks Paneth have reached a resolution.  In furtherance of that resolution, Golomb requests that the Court dismiss this action with prejudice and without costs or attorney fees.  Marks Paneth concurs in this request.

Golomb's requested dismissal includes all claims against all parties.  Defendant Henning is currently incarcerated and has not filed an answer.  Defendant OpportunIP has not appeared or filed an answer.

We thank the Court for its consideration of this request.

Respectfully submitted,

CLARK HILL

/s/Edward J. Hood

Edward J. Hood

EJH:alt
Cc     (Via ECF)
         All Counsel of Record